[No. 80653-5.   En Banc.]

THE STATE OF WASHINGTON, *Respondent*, v. LORETTA L.
ERIKSEN, *Petitioner*.

The opinion in the above captioned case, which appeared in the advance sheets at 166 Wn.2d 953-74, has not been published in this permanent bound volume pursuant to an order of the Supreme Court dated July 7, 2010 withdrawing the opinion. A substitute opinion will be filed after reconsideration.